FOURTH DEPARTMENT, NOVEMBER, 1970

(November 5, 1970)

PENELOPE JOHNSON et al., Infants, by Their Mother, WANDA J. SIMIELE, et al., Appellants, v. CULO I. JOHNSON, as Executrix of MATTIE P. FLANAGAN, Deceased, et al., Respondents.—

Present— Goldman, P. J., Marsh, Gabrielli, Moule and Henry, JJ.